# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| ELIZABETH MARTINEZ, ) | |
| a.k.a. Elizabeth Martinez-Sanchez, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 7:16-CV-01346-MGL-MGB |
| v. ) | |
| ) | |
| DISH NETWORK, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND TO COMPEL ARBITRATION

This matter comes before the Court on Defendant's Motion to Dismiss and to Compel Arbitration (ECF No. 9). As indicated by the signature of the parties below, Plaintiff does not oppose Defendant's Motion. Therefore, by consent of the parties, the Court **GRANTS** Defendant's Motion to Dismiss and to Compel Arbitration. Consequently, the parties are hereby **ORDERED** to arbitration.

**IT IS SO ORDERED.**

s/Mary Geiger Lewis

Mary Geiger Lewis
United States District Judge

June 9, 2016
Columbia, South Carolina

2

**WE CONSENT:**

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| By: *s/ John G. Reckenbeil* | By: *s/ Stephanie E. Lewis* |
| John G. Reckenbeil (Fed. Bar No. 7671) | Stephanie E. Lewis (Fed. Bar No. 9511) |
| Email: john@johnreckenbeillaw.com | Email: lewiss@jacksonlewis.com |
| Lawrence E. McNair, III (Fed. Bar No. 11723) | Wm. Robert Gignilliat (Fed. Bar No. 12129) |
| Email: lee@johnreckenbeillaw.com | Email: rob.gignilliat@jacksonlewis.com |
| LAW OFFICE OF JOHN G. RECKENBEIL, LLC | JACKSON LEWIS P.C. |
| 215 Magnolia Street (29306) | 15 South Main Street, Suite 700 |
| Post Office Box 1633 | Greenville, SC  29601 |
| Spartanburg, SC 29304 | Phone: (864) 232-7000 |
| Phone: (864)582-572 | Fax: (864) 235-1381 |
| Fax: (864) 582-7280 | |